Uloma Ekpete (Formerly 'Kama') (Full Name)

Ulomaekpete@yahoo.com (Email Address)

3349 River Heights Xing SE (Address Line 1)

Marietta, GA 90012 (Address Line 2)

(470) 800-4231  Fax: (470) 300-8005 (Phone Number)

Uloma Ekpete in Pro Per

(indicate Plaintiff or Defendant)

Fee Paid

**F I L E D**
CLERK, U.S. DISTRICT COURT

11/3/21

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CS_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Uloma Ekpete (Formerly 'Kama') ,

**PLAINTIFF**,

vs.

House Speaker Nancy Pelosi

Prospect Medical Holdings Inc

Democratic Party Leadership

Loma Linda University School of Public Health

**DEFENDANT(S).**

**Case No.:** CV21-8707-MCS(KK)

(To be supplied by the Clerk)

**COMPLAINT FOR:**

Violations of Civil Rights Statutes, Title 18 U.S Code Chapter 13; Civil Right § 242- Deprivation of Rights Under Color of Law,  Title 18 U.S. Code, Section 2-, Aiding & Abetting of Other High Crimes & Misdemeanors including H.R. 3723 Economic Espionage Act, U.S Annonate Amendment I, Threats of violence against individuals, Title 17 U.S. Code § 501 Infringement of Copyright, Title 17 U.S.Code § 506-Criminal Offenses; Criminal Infringement, by defrauding the plaintiff's intellectual property and conspiracy, Title 10 U.S Code § 921 art 121- Larceny & Wrongful Appropriation, United States Constitution First Amendment Rights (Defamation Clause), Second Amendment Rights (Self Defense Clause by obstructing justice), Fourth Amendment Rights, Due process of Fifth Amendment & Fourteenth Amendment Rights of the Plaintiff and the Equal Protection of Fourteenth Amendment laws.

**Jury Trial Demanded:** ☑ Yes   ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under Central District, Western Division: Los Angeles, Ventura, San Luis Obispo Counties Santa Barbara.

Revised: July 2013
Form Prepared by Public Counsel
© 2010  Public Counsel. All Rights Reserved.

<div style="border:1px solid black; text-align:center;">

## II. <u>VENUE</u>

</div>

2.  Venue is proper pursuant to _____ **Title 28 U.S.C. § 1441(b), Jurisdiction.** _____

<div style="border:1px solid black; text-align:center;">

## III. <u>PARTIES</u>

</div>

3.     Plaintiff's name is _____. Plaintiff resides at: __**3349 River Heights Xing SE, Marietta, GA 30067**_____

4.  Defendant __House Speaker Nancy Pelosi_____

5.  Defendant ____Prospect Medical Holdings Inc._____

<div style="text-align:center;">

**2**
_____

*Page Number*

</div>

___.  Defendant Democratic Party Leadership

*Insert ¶ #*

___.  Defendant Loma Linda University School of Public Health

*Insert ¶ #*

___.  Defendant

*Insert ¶ #*

___.  Defendant

*Insert ¶ #*

## IV. <u>STATEMENT OF FACTS</u>

The case is about how much is overreaching.

The defendants, in this case, are charged with the Deprivation of Rights Under the Color of Laws & the Victimization of the Plaintiff in the Impeachment Proceedings of Former President Donald Trump.

The case involves violations against the plaintiff/prosecutor by these defendants, who conspired, aided, and abetted other crimes & misdemeanors including defrauding the plaintiff's intellectual property worth billions of dollars and further preyed on the plaintiff wrongfully in the Impeachment proceedings of Former President Donald Trump.

This led to a series of traumatic experiences where the plaintiff & her preschooler were deprived of their civil rights under the colors of law in favor of a preschool teacher-Ms. Hernandez.

In March 2016, the preschool teacher confronted the plaintiff demanding the plaintiff's preschooler be taken home right at the point of drop-off. The plaintiff lost count of the number of times her preschooler was sent home within a span of five months because of how frequent it was. Even though the confrontation came with demeaning words, the plaintiff held back from engaging herself with the teacher in that altercation. I simply left with my preschooler and headed home to drop him with my babysitter.

In addition, there are strict policies in place regarding sending a child home that includes having the child stay home for at least 2-3 days before coming back to school if the child has a runny nose or a fever.

The child at the time was not ill, was sent home the week and the week before for no reason. With the frequency of dismissing the preschooler every week, he ended up having attended once or twice a week at most and yet is on 5 days a week/contract for that school year. Thus, in the span of 4-5 months into that school year, the preschooler has not been allowed to attend school more than once a week.

The plaintiff's other kid, who was more active & is the preschooler's older sibling also had a hard time with the preschool teacher- Ms. Hernandez when he was in her class a few years before the incident. The preschool teacher was hard to work with, but most parents try to step back with most of her confrontations including the plaintiff.

The plaintiff decided to bring notice to the head-teacher to help the plaintiff out of the situation and unfortunately, the preschool teacher got terminated.

The preschool teacher apparently got terminated for the unexplained actions towards the child (my preschooler). My preschooler was a 3-year-old kid enrolled under a contract to attend school for 5 days a week, Monday- Friday for the entire 2015-2016 school session.

The plaintiff's job was terminated the following month, which was in April/May 2016 with retaliatory intents for causing the teacher's job termination at Sacred Heart Academy Redlands.

The plaintiff moved her kids to another school when she started experiencing some level of hostility from the teachers of Hispanic and or Latino Ancestry including the preschool teacher's replacement at the time.
     The plaintiff and her kids continued to experience hostility from teachers of Hispanic and or Latino ancestry in the new school and it suddenly got out of hand and escalated into S.A.R.T Notification Report & Hearing.

     The S.A.R.T Notification was made by the assistant principal Rosa Parks Elementary School- Ms. Maria Cortez on the grounds of the plaintiff's kid being absent & tardy from school while it was a false accusation. The plaintiff was receiving calls after dropping off her preschooler, although he was no longer in preschool at the time, with voice messages of notice of absence by the school administration's office. However, the child was in school because the plaintiff had dropped him and his sibling off herself every morning.

     After each call or voice message from the school administration's office, the plaintiff returned the call to confirm her child's safety. And each time, the callers at the school confirm that the child is present in class and that the call may have been accidental. It continued and escalated into the official report to the school district which is the Corona-Norco Unified School District.
     The plaintiff got a notice for the S.A.R.T Notification Hearing.
Thus, The plaintiff received frequent false calls from the school administration reporting that the preschooler was absent from school while he was in class.
The issue will be to decide using the facts in this case, whether or not the defendants were justified in depriving the civil rights of the plaintiff and her preschooler and going as far as causing all the damages listed by the plaintiff, thus changing her life and the quality of her life forever.

     The plaintiff had requested for witnesses to be subpoenaed before this court hearing: I filed subpoenas for the following witnesses.

 Ms. Angela Williams- Head-Teacher, Sacred Heart Academy Redlands.
Richard Bracken- Plaintiff's Immigration Attorney & The Corona-Norco Unified School District S.A.R.T Panelist.

     The plaintiff anticipates that Ms. Angela Williams will describe that the preschool teacher- Ms. Hernandez was dismissed from her position as a preschool teacher after the plaintiff made a complaint to her regarding the teacher's actions towards my preschooler.

     The plaintiff anticipates that the S.A.R.T panelists will describe what transpired in the entire S.A.R.T Notification hearing with reference to Ms. Maria Cortez's report against the plaintiff's kids including the plaintiff's preschooler

     The plaintiff additionally requests for the court's approval to subpoena documents or records showing the charges against the plaintiff's preschooler & his siblings for a non-criminal situation at the San Bernardino Criminal Court, California.

     The plaintiff will provide emails and documents to prove her original paper was defrauded at the Loma Linda University School of Public Health at the Assistant Dean's office- Wendy Genovez after having an in-person meeting with both the Assistant Dean- Wendy Genovez & the program Director, Dr. Shavlik.

Details of the in-person meeting at the Assistant Dean's Office included taking more courses which changes the plaintiff's major to RESEARCH EPIDEMIOLOGY instead of Medical Epidemiology. The conversation shifted to awarding the degree if the plaintiff's original paper was valid.

Peer reviews on the plaintiff's paper have shown that the plaintiff's original paper is valid. Thus the plaintiff was defrauded her original paper (Intellectual Property) with the intent of permanently depriving her the benefits of her property and or even a mere recognition by awarding her master's degree- MPH, Medical Epidemiology Major. The plaintiff informs the court that the parties were well-informed about the originality of the plaintiff's paper which was conveyed by the plaintiff during the meeting at the Assistant Dean's Office- Wendy Genovez and thus have been denied her master degree following the retaliatory agenda in favor of the preschool teacher- Ms. Hernandez, who is the same ancestry with the Assistant Dean & House Speaker Nancy Pelosi. This brings us to the plaintiff's charges of the violation of Aiding & Abetting laws by House Speaker Nancy Pelosi to uphold the deprivation of rights in favor of the preschool teacher and continue censoring the plaintiff for over 4-5 years.

The plaintiff will also provide emails showing the plaintiff's conversations with Dr. Shavlik & the Assistant Dean- Wendy Genovez, the reply email after the plaintiff's initial attorney that demanded the plaintiff's master's degree be awarded proving that the plaintiff's intellectual property was defrauded, emails with the plaintiff's initial attorney for this case, whose duties were repressed (Ethan Kirschner) after the retainer agreement.

The plaintiff will describe to the court that the defendants aided and abetted the commission of another crime and or deliberately became an accessory and accomplice to the commission of those crimes.

The plaintiff will describe how the retaliation agenda in favor of the preschool teacher extended to the plaintiff's Immigration Attorney's Office- Richard Bracken & Associates whose firm's clerks are all of Hispanic and or Latino descent.

The plaintiff hereby reveals to the court that she also received the same level of hostility at the office of her Immigration Attorney - Richard Bracken, from the clerks who are of Hispanic or Latino descent. When the plaintiff attended her pre-interview meeting with Richard Bracken prior her Naturalization/Immigration Interview at USCIS, she noticed the clerks- Maria Anaya, Nancy Amador & Adrian Anaya were uneasy with the process and Maria had offered her office to be used for the meeting.

Now during the meeting with Richard Bracken, all the 3 clerks -Maria, Nancy & Adrian stayed out at the reception area and seemed to be recording the meeting. That was unusual, compared to other meetings with Richard Bracken that were held in his office, however, the plaintiff had nothing to worry about, cos she knows that there is nothing illegal to raise any kind of suspicion. This part of the immigration interview process happened in January 2019.

Plaintiff will provide copies of the joint tax return with the ex-husband- Londell Henderson. She will also provide Joint bank account information at Chase Bank with the ex-husband Londell Henderson and evidence of denial of government assistance known in California as Calfresh & CalWORKs even in the middle of an emergency family crisis condition. Plaintiff has never received government assistant benefits but was receiving mails from the county office intermittently as a subscriber.

The plaintiff/prosecutor anticipates that the immigration attorney- Richard Bracken who represented the plaintiff in her immigration process will provide all the supporting documents & evidence for the plaintiff's immigration process and will become the plaintiff's attorney/legal prosecutor at the trial for this case.

The wrongful allegations & misinformation regarding her immigration process continued & escalated to the Department of Human & Health Services including the U.S Food & Drug Administration & the American Medical Association through Dr. Maya Cummings and further to the congress through her late husband, Congressman Elijah Cummings.

It also escalated to the courts of public opinions through Judge Steve Harvey and further to congress.

The plaintiff/prosecutor will further describe how the actions of these defendants & some of their delegates -Judge Steve Harvey caused the plaintiff to become victimized in the impeachment proceedings of Former President Donald Trump.

The plaintiff will provide exhibits & evidence supporting her continued education, the marriage to her

The plaintiff provides information to the court to prove that the defendants' actions are in part, accessory and or accomplice to the alleged crimes including in the violations of the H.R. 3723 Economic Espionage Act, Infringement of Copyright, Larceny & Wrongful Appropriation of plaintiff's Intellectual Property.

There is a record of the 2021 Residence Matching Program of the 'direct contacts' involved in the crimes who were part of the team of the defendant, PMH, thus, showing the defendant's action as an accessory to crimes and or aiding and abetting crimes of the direct contact/first responders in their team. The direct contacts include Dr. Tran Ly, Dr. Emmanuel Damalie, and or RN Arlene. The defendants may argue that there is no proof that they have directly aided & abetted the crime by conspiracy, however, they have acted as an accessory after the fact by helping in the escape of their direct contacts who committed the crimes. The defendant acted as a get-away driver, aiding and abetting the direct contacts of these crimes by matching one or both of them into residency programs.

The plaintiff describes to the court that the defendants- PMH aided & abetted the commission of other crimes and for the most part, as a get-away driver for the principal.

The plaintiff informs the court that the other defendant- Democratic Party Leadership & House Speaker Nancy Pelosi aided & abetted all of these crimes, also as a get-away vehicle in exchange for votes from the Asian & Latino American Communities.

The evidence of data that affirms an increased turnout of voters from the Asian & Latino- American Communities during the last Presidential Election compared to the 2016 election. These same turnouts of voters would have given victory to the democratic presidential candidate- Former First Lady Hillary Clinton. Thus, the turnout surge of voters from Asian & Latino-American Communities in favor of the current administration was to engage the Democratic Party Leadership as a get-away vehicle for their crimes against the plaintiff.

Former President Barack Obama conducted rallies in several swing states prior to the last election to strongly increase the voting turnouts of the Blacks and African American Democratic voters in support of one of the Democratic Party Agenda which is the Impeachment of a Republican President in retaliation for President Bill Clinton's Impeachment. Relating to the Plaintiff, the alleged illegal immigration against the plaintiff without due process thus was misrepresented with half-truths and inculcated in the Articles of Impeachment filed against Former President Donald Trump to uphold the Democratic Agenda of a Retaliatory Impeachment in favor of President Bill Clinton.

*Page Number*

The Defendant- Democratic Party Leadership among who have strong ties with African Americans- Former President Barack Obama, married to the Former First Lady Michelle Obama (of the African American Tribe) played critical roles in passing judgment without due process in favor of the plaintiff's ex-husband- Londell Henderson & more for Dr. Maya Cummings' dismissal in addition to supporting the top-listed Democratic Party Agenda- The Retaliatory Impeachment of a Republican President.

The Defendants- Democratic Party Leadership that includes Former President Barack Obama, Former First Lady Michelle Obama, Judge Steve Harvey (who have strong ties with the African American Community/Culture & House Speaker Nancy Pelosi who was motivated by critical race theories of the fair immigration process for the undocumented and DACA populations violated the first amendment rights of the plaintiff (Uloma Ekpete) following the defamation clause IN ADDITION to the combination of the Due process clause of the plaintiff's Fifth & Fourteenth Amendment & the equal protection clause of the Fourteenth Amendments.

All of the Democrats in the level of the Democratic Party Leadership Structure are thus in violation of the Defamation Clause & Due Process Clause of the Plaintiff's First Amendment Rights & a combination of Fifth & Fourteenth Amendment Rights respectively and or the Equal Protection Clause of the Fourteenth Amendment Right.

The Defendants- Democratic Party Leadership & House Speaker Nancy Pelosi violated the plaintiff's Fifth Amendment, which provides several protections for people accused of crimes or misdemeanors.
  It also states that serious criminal charges must be started by a grand jury.  A person cannot be tried twice for the same offense (double jeopardy) or have property taken away without just compensation. People have the right to judgment following the due processes of law (fair procedures and trials.)

The plaintiff will describe and provide proof of marriage to her ex.- Londell Henderson and emails with her Immigration Attorney- Richard Bracken relating to her immigration process.

The plaintiff will describe & provide proof of government assistance program denials due to the case misrepresentation conducted by these defendants and or their delegates- Judge Steve Harvey. The defendant & their delegates authorized and redirected the plaintiff's emergency benefits (some kind of child tax credits- Calfresh & CalWORKs) to both the plaintiff's ex- Londell Henderson & Plaintiff's son's ex- Alexia Ferraro without due process.

These defendants- Democratic Party Leadership and or their delegates- Judge Steve Harvey AUTHORIZED benefits for the Plaintiff's ex- Londell Henderson and or the Plaintiff's son's ex- Ms. Alexia Ferraro on the basis of alleged illegal immigration without due processes of the law.

The plaintiff will describe and prove that the actions of these defendants further accounts for the victimizations of the plaintiff in the impeachment process

The plaintiff recalls to the court that the prime agenda of the previous administration- Former President Donald Trump is 'Border Control' Thus, with the Democratic Party's agenda that includes a Retaliatory Impeachment of a Republican President in favor of Former President Bill Clinton's Impeachment, the Defendants solicited for the Impeachment of Former President Donald Trump in the House of Representatives led by House Speaker Nancy Pelosi on the basis of alleged illegal immigration of the plaintiff without due process.

*Page Number*

The defendant (Democratic Party Leadership) based their legislation and actions on the alleged Tenure of Office Act violation during the previous administration that resulted in the dismissal of Dr. Maya Cummings. Dr. Maya Cummings' actions against the plaintiff that was based on Alleged Illegal immigration without due process were incorporated in the impeachment proceedings of Former President Donald Trump in both Articles I, Abuse of Power & II, Obstruction of Congress consecutively.

The plaintiff will prove to the court that the alleged illegal immigration by marriage to her ex- Londell Henderson was a wrongful allegation, hence, this defendant victimized the plaintiff in the Impeachment Proceedings of Former President Donald Trump without due processes of the law violating the plaintiff's fifth amendment rights- the due process clause & the equal protection clause of the plaintiff's fourteenth amendment rights.

The basis for the legislative actions of this defendant- House Speaker Nancy Pelosi regarding the alleged illegal immigration against the plaintiff in congress is for the purpose of demanding fairness in the immigration process for the undocumented and DACA populations of Hispanic/Latino descent & to deter the actions of the former administration at the southern border.


Evidence:

The plaintiff will provide evidence to prove and or support her claim as follows and when prompted:

Exhibit 1a & 1e

These are evidence of the attorney's retainer prior to the defendants' action that Obstructed Justice- Obstruction of Justice of the Plaintiff's Legal Representation.

Exhibit 2L

- is an email copy from the Human Resources Department for Prospect's Medical Holdings Inc. on March 25th, 2019, a few months before the incident that defrauded the plaintiff of her Intellectual property at Loma Linda University School of Public Health, the Assistant Dean's Office- Wendy Genovez.

Exhibit 2
- is an email copy between the plaintiff and the Loma Linda University School of Public Health- Dr. Shavlik showing an attachment of the Plaintiff's Original Paper (Intellectual Property) as was requested by the Assistant Dean- Wendy Genovez, during the in-person meeting with the plaintiff.

Exhibit 2m

-is an email copy of the Demand letter written by Plaintiff's Attorney requesting for the master's degree to be awarded after having completed the graduation requirement for the program.

Exhibit 2x

- are documentations evidence of the plaintiff's self-funded continued education & EVIDENCE of CDIP & CCS recertification in 2018 by AHIMA.

Exhibit 3c

- is an email copy of the response letter from Loma Linda University School of Public Health emailed via the Plaintiff's Attorney- Ethan Kirschner.

Exhibit 3d

- is a copy of the plaintiff's family legacy (Refer to the Damages- Defamation of Character Clause of the plaintiff).

Exhibits 4

- is documentation showing other torts/damages incurred by these defendants.- Unlawful detainer, the Credit score report of the Plaintiff.

Exhibit 5

- is evidence of the Statistics of democratic voters in 2020 compared to the 2016 Election showing a surge in turnout of Asian-Americans & Latino-Americans that affirms the defendant's action, in this case, the Democratic Party Leadership.

Exhibit 6

- are email conversations between the Plaintiff & the Immigration Attorney- Richard Bracken.

# V. <u>CAUSES OF ACTION</u>

## <u>FIRST CAUSE OF ACTION</u>

( <u>Violation of Title 18 U.S Code Chapter 13; Civil Right § 242</u>        )

*insert title of cause of action*

**(As against Defendant(s):** House Speaker Nancy Pelosi, Democratic Party Leadership

Prospect Medical Holdings Inc, Loma Linda University School of Public Health.        )

**- Deprivation of Rights under the Color of Law**

____. _____

*Insert ¶ #*

_____

_____

_____

_____

____. _____

*Insert ¶ #*

## Other  Statutes

-Racketeer Influenced & Corrupt Organization (RICO).
-Consumer Credit.
-Telephone Consumer Protection Act
-Cable/Sat TV
-Securities/ Commodities/ Exchange
-All other Real Property.
- Trust
- Accounting

*Page Number*

---

## SECOND CAUSE OF ACTION

( **Title 18 U.S. Code, Section 2-, Aiding & Abetting of Other High Crimes & Misdemeanors** )

*insert title of cause of action*

**(As against Defendant(s):** House Speaker Nancy Pelosi, Democratic Party Leadership

Prospect Medical Holdings Inc, Loma Linda University School of Public Health, California Labor Union )

---

_____: -Torts Personal Injury, HealthCare/ Pharmaceutical Personal Injury Product Liability
*Insert ¶ #*

_____

_____

_____

_____

---

## THIRD CAUSE OF ACTION

**H.R. 3723 Economic Espionage Act of 1996, 104th Congress (1995-1996.)**

**(As  against Defendant(s):**

House Speaker Nancy Pelosi, Democratic Party Leadership, Prospect Medical Holdings Inc., Loma Linda University School of Public Health, California Labor Union.

_____:
*Insert ¶ #*

**(Torts Personal Property (Fraud & Grand Larceny).**

_____

, _____

_____

<u>**FOURTH CAUSE OF ACTION**</u> **\*\*6 Causes of action listed here.**

(**i.) United States Constitution First Amendment Rights (Defamation Clause)**,

*insert title of cause of action*

(**As against Defendant(s):** House Speaker Nancy Pelosi, Democratic Party Leadership

Prospect Medical Holdings Inc, Loma Linda University School of Public Health, California Labor Union. )

**ii) Second Amendment Rights (Self Defense Clause by obstructing justice).**
**iii) Fourth Amendment Rights.**
**iv.)Due process of Fifth Amendment & Fourteenth Amendment Rights.**
**v.) The Equal Protection Clause of Fourteenth Amendment laws.**

*Insert ¶ #*  **vi.) The Fourteenth Amendment Rights**

-Immigration (Presidential Impeachment Victimization)

## FIFTH CAUSE OF ACTION

Title 17 U.S. Code § 501 Infringement of Copyright, Title 17 U.S.Code § 506-Criminal Offenses; Criminal Infringement, by defrauding the plaintiff's intellectual property, conspiracy, and or Accessory to Crimes

**As against Defendant(s)**

House Speaker Nancy Pelosi, Democratic Party Leadership, Prospect Medical Holdings Inc., Loma Linda University School of Public Health, California Labor Union.

___.
*Insert ¶ #*

-(Property Rights - Copyright Infringement & Labor.)

## SIXTH CAUSE OF ACTION

**Title 10 U.S Code § 921 art 121-Larceny & Wrongful Appropriation**

**As against Defendant(s)**

**Title of Plaintiff's Intellectual Property : The 'Lima' Novel Concepts of Hospital Operations: Changing the Health Care Plan. Value of Property- $50Billion**

House Speaker Nancy Pelosi, Democratic Party Leadership, Prospect Medical Holdings Inc., Loma Linda University School of Public Health, California Labor Union.

*Page Number*

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: **11/02/2021**

Sign: *Uloma "Uma" Stacy Ekpete*
Verified by PDFFiller
11/02/2021

Verified by PDFFiller
11/02/2021

Print Name: **Uloma Ekpete (Formerly 'Kama')**

4831-5981-9291, v. 1

**14**

*Page Number*